1  QUIN DENVIR, Bar #49374
   Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5  Attorneys for Defendant
   BLAIRE GUTHRIE
6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   NO. 6:05-mj-0042
                                    )
11          Plaintiff,               )   WAIVER OF DEFENDANT'S PERSONAL
                                    )   PRESENCE; [PROPOSED] ORDER
12     v.                            )   THEREUPON
                                    )
13 BLAIRE I. GUTHRIE,               )   Date:  May 17, 2005
                                    )   Time:  10:00 a.m.
14          Defendant.               )   Judge: Hon. William M. Wunderlich
                                    )
15 _____  )

16         Defendant, Blair I. Guthrie, pursuant to F. R. Crim. P. 43 (b) (2) and (3), hereby waives her right to

17 be personally present in open court upon the hearing of any proceeding in this cause, including, but not limited

18 to, status conferences, motions hearings, and trial. **Defendant is aware that a status conference has been**

19 **scheduled for May 17, 2005.**

20         Defendant hereby requests that this Court proceed in his absence on every occasion that the Court may

21 permit, pursuant to this waiver. She agrees that her interests shall be represented at all times by the presence

22 of her attorney, Carrie Leonetti of the Office of the Federal Defender, the same as if Defendant were personally

23 present.

24         This request is being made for the reasons that: Defendant is represented by counsel; Defendant is

25 currently residing in Vacaville, California  and is planning on moving to Iowa in the near future; and

26 Defendant desires to limit the number of her personal court appearances and minimize the time and expense

27 of travel to court.

28         National Park Service Chief Legal Officer has advised counsel that she has no objection to this waiver.

Dated: May 30, 2005

_____
BLAIR I. GUTHRIE,
Defendant

Dated: April 28, 2005

_____
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
BLAIR I. GUTHRIE

It is so Ordered. Dated: 5/11/05

_____
United States Magistrate Judge

WAIVER OF PRESENCE                                        2